STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310)452-3200

Presented on behalf of Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **H. OROZCO**, <br><br> Plaintiff, <br><br> v. <br><br> **KATHRYN BARGER**, *et al.*, <br><br> Defendant. | **STATEMENT RELATED CASES** |

This action is the same in all respects as *Vasquez v. Brown*, 2:18-cv-07996-MFW(AFMx), in that is for alleged unconstitutional pre-trial detention of a SVP defendant, involves virtually the same facts and all of the same law as in *Vasquez*, and same, allegedly majorly responsible defendant, former Los Angeles Supervisor, Mark Ridley-Thomas.

Respectfully submitted,

**YAGMAN + REICHMANN, LLP**

By: *[signature]*
**STEPHEN YAGMAN**

1