STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310)452-3200

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| HERNAN OROZCO, | CASE NUMBER |
|---|---|
| PLAINTIFF/PETITIONER, | |
| KATHRYN BARGER, | **REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT** |
| DEFENDANT(S). | |

I, HERNAN OROZCO_____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1.  Are you presently employed? ☐Yes   ☒No

    a.  If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your

        employer _____

        _____

    b.  If the answer is no, state the date of last employment and the amount of the salary and wages per month which

        you received $4,500 Lima Transport, City of Industry Sep. 30, 1995

2.  Have you received, *within the past twelve months*, any money from any of the following sources?

    a.  Business, profession or form of self-employment?     ☐Yes   ☒No

    b.  Rent payments, interest or dividends?     ☐Yes   ☒No

    c.  Pensions, annuities or life insurance payments?     ☐Yes   ☒No

    d.  Gifts or inheritances?     ☐Yes   ☒No

    e.  Any other income (other than listed above)?     ☐Yes   ☒No

    f.  Loans?     ☐Yes   ☒No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each

    source during the past twelve (12) months: _____

    _____

CV-60 (04/06)                                                                 Page 1 of 2

3. Do you own any cash, or do you have money in a checking or savings account?  (Include any funds in prison accounts, if applicable.)  ☐Yes   ☒No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐Yes   ☒No

   If the answer is yes, describe the property and state its approximate value: _____

   _____

5. In what year did you last file an Income Tax return? *1994*_____

   Approximately how much income did your last tax return reflect? *don't REMEMBER*_____

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   _____ *NONE* _____

   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury.  I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C.  Sections  1621, 3571).

| CALIFORNIA | LOS ANGELES |
|:---:|:---:|
| State | County (or City) |

I, HERNAN OROZCO_____, declare under penalty of perjury that the foregoing is true and correct.

_____*JUNE 14, 2022*_____          _____
              Date                                              Plaintiff/Petitioner (Signature)

---