ANDREW BAUM (SBN 190397)
abaum@glaserweil.com
OLIVIA M. WEISS (SBN 310788)
oweiss@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Defendants
*Kathryn Barger, Janice Hahn, Sheila Keuhl, Holly Mitchell, Mike Antonovich, Hilda Solis and Erika Jerez*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| HERNAN OROZCO , | CASE NO.: 2:22-CV-007014-FLA(JCx) |
| Plaintiff, | Hon. Fernando L. Aenlle-Rocha |
| v. | |
| KATHRYN BARGER, JANICE HAHN, SHEILA KEUHL, HOLLY MITCHELL, HILDA SOLIS, MICHAEL ANTONOVICH, DON KNABE, ZEV YAROSLAVSKY, MARK RIDLEY-THOMAS, GLORIA MOLINA, JACQUELINE LACEY, STEPHEN L. COOLEY, MICHAEL DE ROSE, DIANE C. LABRUSCIANO, KAREN THORPE, ERIKA JEREZ, ANN I. PARK, SARBENAZ BAHAR, JEFFREY B. MARGUILES, CHRISTINE GOODMAN, BRADLEY PAULEY, JEFF S. WESTERMAN, JEANNE L. NISHIMOTO, STANLEY S. BISSEY ERIC A. ALTOON, MICHAEL FERN, JANA G. GARROTTO, THERESA A. LEETS, JASON R. PARNELL, JAMES A. SANTIAGO, IBIERE SECK, DENISE O. GASTELUM, ROBERT GLASSMAN, TERESA Y. HILLERY, JESSICA KRONSTADT, BENJAMIN G. SHATZ, DOUGLAS SILVERSTEIN, CAROLINE VINCENT, TAYLOR C. WAGNIERE, SANDRA K. WOOTTON, CYN YAMASHIRO, LOS ANGELES | **NOTICE OF THE COUNTY DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>DATE: December 16, 2022<br>TIME:  1:30 p.m.<br><br>COURTROOM: 6B<br><br>TRIAL DATE:    None Set |

0

2234461

COUNTY BAR ASSOCIATION, ARLENE BINDER, and 20 UNKNOWN NAMED DEFENDANTS,

Defendants.

NOTICE OF THE COUNTY DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

2234461

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 16, 2022 at 1:30 p.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Fernando L. Aenlle-Rocha, located at 350 West First Street, Los Angeles, California 90012, Courtroom 6B, Defendants Kathryn Barger, Janice Hahn, Sheila Keuhl, Holly Mitchell, Hilda Solis, Mike Antonovich, and Erika Jerez (the "County Defendants") will move to dismiss Plaintiff Hernan Orozco's Complaint, because:

1.      Plaintiff's First Cause of Action for deliberate indifference, causing violation of constitutional rights, as to the County Defendants in their individual capacities, is barred by prosecutorial immunity, legislative immunity, qualified immunity, and fails to sufficiently allege customs or policies that gave rise to a violation of his constitutional rights.

2.      Plaintiff's Second Cause of Action for deliberate indifference, causing violation of constitutional rights, as to the County Defendants in their official capacities, is barred by prosecutorial immunity, legislative immunity, qualified immunity, and fails to sufficiently allege customs or policies that gave rise to a violation of his constitutional rights.

This Motion is based on this Notice, the attached Memorandum of Points and Authorities, the Declaration of Andrew Baum, and upon such other matters, whether written or oral, as may be presented to the Court at or prior to the hearing on this Motion.

This Motion is made following a conference of counsel pursuant to Local Rule 7-3, which took place on November 2, 2022. See Declaration of Andrew Baum, ¶ 3.

//

//

//

//

//

NOTICE OF THE COUNTY DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

2234461

DATED: November 9, 2022

Respectfully submitted,

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP



ANDREW BAUM
OLIVIA M. WEISS

Attorneys for Defendants Kathryn Barger, Janice Hahn, Sheila Keuhl, Holly Mitchell, Mike Antonovich, Hilda Solis, and Erika Jerez

NOTICE OF THE COUNTY DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

2234461