ANDREW BAUM (SBN 190397)
abaum@glaserweil.com
OLIVIA M. WEISS (SBN 310788)
oweiss@glaserweil.com
GLASER WEIL FINK HOWARD
 AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Defendants
Kathryn Barger, Janice Hahn, Sheila Keuhl, Holly Mitchell, Hilda Solis, Mike Antonovich, Erika Jerez, Mark Ridley-Thomas, and Zev Yaroslavsky

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HERNAN OROZCO , | CASE NO.: 2:22-CV-007014-FLA(JCx) |
| Plaintiff, | Hon. Fernando L. Aenlle-Rocha |
| v. | **NOTICE OF JOINDER TO THE COUNTY DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT [25]** |
| KATHRYN BARGER, JANICE HAHN, SHEILA KEUHL, HOLLY MITCHELL, HILDA SOLIS, MICHAEL ANTONOVICH, DON KNABE, ZEV YAROSLAVSKY, MARK RIDLEY-THOMAS, GLORIA MOLINA, JACQUELINE LACEY, STEPHEN L. COOLEY, MICHAEL DE ROSE, DIANE C. LABRUSCIANO, KAREN THORPE, ERIKA JEREZ, ANN I. PARK, SARBENAZ BAHAR, JEFFREY B. MARGUILES, CHRISTINE GOODMAN, BRADLEY PAULEY, JEFF S. WESTERMAN, JEANNE L. NISHIMOTO, STANLEY S. BISSEY ERIC A. ALTOON, MICHAEL FERN, JANA G. GARROTTO, THERESA A. LEETS, JASON R. PARNELL, JAMES A. SANTIAGO, IBIERE SECK, DENISE O. GASTELUM, ROBERT GLASSMAN, TERESA Y. HILLERY, JESSICA KRONSTADT, BENJAMIN G. SHATZ, DOUGLAS SILVERSTEIN, CAROLINE VINCENT, TAYLOR C. WAGNIERE, SANDRA K. WOOTTON, CYN YAMASHIRO, LOS ANGELES | DATE: December 16, 2022<br>TIME: 1:30 p.m.<br>COURTROOM: 6B<br><br>TRIAL DATE: None Set |

0

Glaser Weil

COUNTY BAR ASSOCIATION, ARLENE BINDER, and 20 UNKNOWN NAMED DEFENDANTS,

Defendants.

## <u>NOTICE OF JOINDER</u>

**PLEASE TAKE NOTICE** that Defendants Mark Ridley-Thomas and Zev Yaroslavsky, who were recently served in the above-captioned matter, hereby join in Defendants Kathryn Barger, Janice Hahn, Sheila Keuhl, Holly Mitchell, Hilda Solis, Mike Antonovich, and Erika Jerez's Motion to Dismiss Plaintiff's Complaint [ECF No. 25].

DATED: November 23, 2022          Respectfully submitted,

GLASER WEIL FINK HOWARD
AVCHEN & SHAPIRO LLP


*/s/ Andrew Baum*
ANDREW BAUM
OLIVIA M. WEISS
Attorneys for Defendants
Kathryn Barger, Janice Hahn,
Sheila Keuhl, Holly Mitchell,
Hilda Solis, Mike Antonovich,
Erika Jerez, Mark Ridley-Thomas,
and Zev Yaroslavsky

Glaser Weil

1

NOTICE OF JOINDER TO THE COUNTY DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S COMPLAINT [25]