STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **HERNAN OROZCO**, <br><br> Plaintiff, <br><br> v. <br><br> **KATHRYN BARGER**, <br><br><br><br> Defendants. | 2:22-CV-007014-FLA(JCx) <br><br><br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br><br><br> Judge Fernando L. Aenlle-Rocha |

**PLEASE TAKE NOTICE** that plaintiff voluntarily, and without prejudice, dismisses this action.

**YAGMAN + REICHMANN, LLP**

By: /s/ Stephen Yagman
**STEPHEN YAGMAN**

1