JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

H. OROZCO,

                    Plaintiff,

      v.

KATHRYN BARGER, et al.,

                    Defendants.

Case No. 2:22-cv-07014-FLA (JCx)

**ORDER DISMISSING ACTION [DKT. 47]**

On November 30, 2022, Plaintiff H. Orozco ("Plaintiff") filed a Notice of Dismissal, dismissing the action voluntarily and without prejudice.  Dkt. 47.  Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED. Defendants' Motions to Dismiss the Complaint (Dkts. 25, 45), are DENIED as moot.

2. The court DISMISSES the action without prejudice.  *See* Fed. R. Civ. P. 41(a)(1).

IT IS SO ORDERED.

Dated: December 7, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge